

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA
8
   UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR3005-H
9                                   )
                Plaintiff,          )   I N F O R M A T I O N
10                                  )
        v.                          )   Title 8, U.S.C.,
11                                  )   Sec. 1324(a)(1)(A)(i) and (v)(II)
   GUILLERMO                        )   - Bringing in Illegal Aliens and
12      SANTA CRUZ-RODRIGUEZ (1),   )   Aiding and Abetting
   JULIO CESAR VEGA-JIMENEZ (2),    )
13                                  )
                Defendants.         )
14 _____)

15      The United States Attorney charges:

16      On or about August 7, 2008, within the Southern District of

17 California, defendants GUILLERMO SANTA CRUZ-RODRIGUEZ and JULIO CESAR

18 VEGA-JIMENEZ, with the intent to violate the immigration laws of the

19 United States, did bring or attempt to bring into the United States

20 an alien, namely, Cenen Diaz-Bonilla, knowing that said person was an

21 alien, at a place other than a designated port of entry and at a place

22 other than as designated by the Department of Homeland Security; in

23 violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and

24 (v)(II).

25      DATED: September 4, 2008.

26                                       KAREN P. HEWITT
                                         United States Attorney
27
                                         CARLA J. BRESSLER
28                                       Assistant U.S. Attorney

CJB:es:Imperial
9/4/08